JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

Case No. SA CV 15-01757-AB (FFMx)

11

Martin Vogel

12

Plaintiff,

ORDER DISMISSING CIVIL ACTION

13

v.

14

Rancho De Los Cazadores et al

15

Defendants.

16
17
18
19

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this the Order to Show Cause issued on December 9, 2015, is hereby **DISCHARGED**, and the action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

20
21
22
23
24
25

Dated: December 18, 2015

_____

26

ANDRÉ BIROTTE JR.

27

UNITED STATES DISTRICT COURT JUDGE

28